UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>MARIO CHRISTOPHER GRAY #332713</u>,

  Plaintiff,

v.                 No.: 3:12-cv-087
                   (VARLAN/SHIRLEY)

<u>TENNESSEE DEPT. OF CORRECTIONS</u>, *et al.*,

  Defendants.

### **MEMORANDUM**

  This is a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff filed the complaint while in the custody of the Tennessee Department of Correction; he has since been released from custody. Because plaintiff did not pay the $350.00 filing fee nor submit an application to proceed *in forma pauperis*, plaintiff was given thirty days to pay the filing fee or to submit the proper documents to proceed *in forma pauperis*. The plaintiff has failed to respond to the Court's Order within the time required. Accordingly, this action will be **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the Orders of the Court. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

  The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

  **AN APPROPRIATE ORDER WILL ENTER.**

              s/ Thomas A. Varlan
              UNITED STATES DISTRICT JUDGE